Order entered January 21, 2014



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01427-CV

### GRACE (KATIE) CROCKETT, Appellant

### V.

### PAT MILLIKEN, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-02160-2013**

## ORDER

This is an appeal from the trial court's October 10, 2013 judgment of possession. By letter filed January 14, 2014, Collin County Deputy Clerk Danielle Jackson seeks an extension of time to file the record. She asserts in her letter that appellant has failed to pay the fee despite multiple notices that the fee is due. We note that the trial court's online docket sheet reflects a "Suggestion of Bankruptcy" was filed October 23, 2013 and an "Order Granting Motion for Relief from Automatic Stay Against Home at 3212 Oak Vista Drive in Plano, Texas" was filed January 2, 2014. Pursuant to Texas Rules of Appellate Procedure 8.2 and 8.3, a bankruptcy suspends the appeal and all periods in these rules from the date when the bankruptcy petition is filed until the appellate court, upon motion by a party, reinstates or severs the appeal in

accordance with federal law or bankruptcy court order. *See* TEX. RS. APP. P. 8.2, 8.3. Accordingly, we take no action on the clerk's request for extension of time and **ABATE** the appeal. For administrative purposes, this cause is treated as a closed case. It may be reinstated on proper motion by any party. *See id.* 8.3.

/s/     ELIZABETH LANG-MIERS
       JUSTICE